AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:23-mj-185 |
| Joseph David Emerson | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 22, 2023  in the county of  Clatsop, Columbia, Washingtn  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with Flight Crew Members and Attendants |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

(by phone)
_____
Complainant's signature

Special Agent Tapara Simmons, Jr., FBI
_____
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at   5:27   a.m./p.m.

Date: October 23, 2023

_____
Judge's signature

City and state: Portland, Oregon

The Honorable Youlee Y. You
_____
Printed name and title