# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| JOSEPH DAVID EMERSON | ) | 3:23-mj-185 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## AMENDED CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 22, 2023__ in the county of __Clatsop, Columbia, Washington__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with Flight Crew Members and Attendants |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

(By Phone)
*Complainant's signature*

Special Agent TaPara Simmons, Jr., FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  9:53  a.m./~~p.m.~~

Date: October 26, 2023

*Judge's signature*

City and state: Portland, Oregon

Honorable Youlee Yim You
*Printed name and title*