UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00306-AB |
| v. | **INFORMATION** |
| **JOSEPH DAVID EMERSON,** | **49 U.S.C. § 46504** |
| Defendant. | **Forfeiture Allegation** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Interference with Flight Crew Members and Attendants)**
**(49 U.S.C. § 46504)**

On or about October 22, 2023, in the District of Oregon, defendant **JOSEPH DAVID EMERSON**, on an aircraft in the special aircraft jurisdiction of the United States, namely, Horizon Air flight number 2059, bound for San Francisco, California from Everett, Washington, and diverted to and landing in Portland, Oregon, did knowingly interfere, and attempt to interfere, with the performance of the duties of the flight crew members and flight attendants of the aircraft, and lessen the ability of the members and attendants to perform those duties by assaulting and intimidating one or more flight attendants and flight crew members.

In violation of Title 49, United States Code, Section 46504.

///

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One of this Information, defendant **JOSEPH DAVID EMERSON** shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) & 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to a violation charged in Count One.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c) to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

Dated: August 4, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Parakram Singh*
PARAKRAM SINGH, OSB #134871
Assistant United States Attorney